**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 13-2364

ALICE M. BRYANT,

                        Plaintiff – Appellant,

          v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security
Administration,

                        Defendant - Appellee.

Appeal from the United States District Court for the Western
District of North Carolina, at Asheville.  Max O. Cogburn, Jr.,
District Judge.  (1:13-cv-00012-MOC)

Submitted:  May 28, 2014            Decided:  June 18, 2014

Before NIEMEYER and GREGORY, Circuit Judges, and DAVIS, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Charlotte W. Hall, CHARLES T. HALL LAW FIRM, Raleigh, North
Carolina, for Appellant. Paul B. Taylor, Assistant United States
Attorney, Anne M. Tompkins, United States Attorney, Hugh Dun
Rappaport, Special Assistant United States Attorney, Boston,
Massachusetts, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alice Bryant appeals the district court's order upholding the Commissioner's denial of Bryant's applications for disability insurance benefits and supplemental security income. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Bryant v. Colvin</u>, No. 1:13-cv-00012-MOC (W.D.N.C. Oct. 8, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>